MRS. J. C. FRIER, joined by her husband, J. C. FRIER, v. MRS. LOLA ALLEN, and her husband L. B. ALLEN, N. H. CONNELL, MRS. STELLA POOLE, and her husband, IRA J. POOLE, MRS. DELLA LANE, and her husband, R. B. LANE, ROY CONNELL, ZONA MAE CONNELL, MRS. ELOISE HANCOCK, and her husband, JESSE HANCOCK, ALBERTA HIERS, MARGARET HIERS, HENRY JAMES HIERS, NEWMAN CONNELL, JR., MRS. NEWMAN CONNELL, MRS. MERTIE M. WASHINGTON, and her husband E. B. WASHINGTON, VIRGINIA WASHINGTON, RUBY NELL WASHINGTON, LAKE PARK BANK, a Banking Corporation existing and doing business under the laws of the State of Georgia, at Lake Park, Georgia, P. W. McLEOD, I. C. McLEOD, CLEON McLEOD, P. R. COPELAND, ROY COPELAND, G. W. COPELAND, C. I. WISENBAKER, J. B. WISENBAKER.

14 So. (2nd) 901                                June Term, 1943
September 17, 1943                                  Division B

   J. B. Hodges, for appellants.
   F. B. Harrell, for appellees.

PER CURIAM:
   This cause being here on appeal, the order appealed from
is affirmed.
   It is so ordered.
   BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ.,
concur.